PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY LEE-MEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00421-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 10). |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's Complaint is due July 12, 2022.  Defendant has not previously requested an extension of this deadline.

    2.    The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs.  Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 12, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *July 13, 2022*   PEÑA & BROMBERG, PLC

By:   */s/ Caspar Chan for Jonathan Peña* *
JONATHAN PEÑA
*Authorized by email on July 13, 2022*
Attorneys for Plaintiff

Date: *July 13, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
OSCAR GONZALEZ de LLANO
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to parties' stipulation (ECF No. 10), IT IS ORDERED that Defendant shall have until September 12, 2022, to file the certified administrative record or to otherwise respond to the complaint. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 13, 2022**                              /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE