UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY LEE-MEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-00421-EPG<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER<br><br>(ECF No. 22). |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND FOUR HUNDRED TWENTY-NINE DOLLARS AND 94/100 ($5,429.94) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

1  Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine
2  whether they are subject to any offset.
3      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that
4  Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses
5  and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff. Any
6  payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña.
7      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
8  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or
9  otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any
10 and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA
11 attorney fees in connection with this action.
12     This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social
13 Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
14 EAJA.

                                        Respectfully submitted,

Dated: June 27, 2023               /s/ *Jonathan O. Peña*
                                        JONATHAN O. PEÑA
                                        Attorney for Plaintiff

Dated: June 27, 2023               PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation
                                        Social Security Administration

                                   By: _*_*Edmund J. Darcher*_
                                        Edmund J. Darcher
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        (*Permission to use electronic signature
                        obtained via email on June 26, 2023).

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 22), **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND FOUR HUNDRED TWENTY-NINE DOLLARS AND 94/100 ($5,429.94) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **June 28, 2023**              /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE